IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LORNE VERNAE STONE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| : | Civil Action No. |
| : | 5:08-CV-316 (HL) |
| **v.** : | |
| : | |
| **WARDEN HILTON HALL and DR.** : | |
| **JERRY GILL,** : | |
| : | |
| **Defendants.** : | |
| _____ : | |

**ORDER**

Pending before the Court is the Recommendation (Doc. 31) of United States Magistrate Judge Claude W. Hicks, Jr., entered on August 26, 2009, in which the Magistrate Judge recommends that the Motions to Dismiss filed by Defendant Hilton Hall be granted. Plaintiff has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Defendant Hall's Motions to Dismiss (Docs. 11 and 24) are granted.

**SO ORDERED**, this the 29th day of September, 2009.

/s/ Hugh Lawson
HUGH LAWSON, Senior Judge

mbh